# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES E. ROTHMAN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:11CV639 CEJ |
| UNKNOWN CHASTIN, et al., | ) ) ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion to compel discovery. Because plaintiff is a prisoner, this case is assigned to Track 5 of the Differentiated Case Management Program of the United States District Court of the Eastern District of Missouri. See E.D. Mo. L.R. 16 - 5.01, 16 - 5.04. In Track 5 cases, the parties may not conduct discovery until the Court authorizes them to do so. Because discovery has not yet been authorized in this case, the plaintiff's motion will be denied without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to compel [Doc. 22] is **denied** without prejudice.

Dated this 12th day of August, 2011.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE