UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHARLES E. ROTHMAN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) )   No. 4:11-CV-639 (CEJ) |
| CHARLES CHASTAIN, et al., | ) ) ) |
| Defendants. | ) |

## ORDER

The plaintiff brings this action pursuant to 42 U.S.C. § 1983, asserting a claim of deliberate indifference to serious medical needs. At the time he filed this lawsuit, plaintiff was an inmate in the Southeast Correctional Center, which is located in the Eastern District of Missouri. An attorney in St. Louis was appointed to represent plaintiff. Thereafter, plaintiff was transferred to the Crossroads Correctional Center, in Cameron, Missouri. Cameron is in the Western District of Missouri, approximately 270 miles northwest of St. Louis. Given the significant distance between plaintiff and his St. Louis attorney, the Court believes it is appropriate to appoint an attorney from the Western District of Missouri to serve as co-counsel for plaintiff in this case.

Accordingly,

**IT IS HEREBY ORDERED** that Jason C. Bache, LEWIS RICE FINGERSH, 1010 Walnut Street, Suite 500, Kansas City, Missouri 64106, phone 816-421-2500, fax 816-472-2500, is appointed as co-counsel for plaintiff. The Clerk of the Court shall transmit to plaintiff's newly-appointed counsel a complete copy of the court file at no cost.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 8th day of May, 2012.